IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3113 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF INDICTMENT |
| JUAN CARLOS MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the Defendant, JUAN CARLOS MARTINEZ.

Dated February 1, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge